25 CV 05671

JUDGE FAILLA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

#198

• Ethan Sprague

Write the full name of each plaintiff.

_____CV_______________

(Include case number if one has been assigned)

-against-

• Office Of The Chief Medical Examiner

• David T. Sprague

• Northern Lights Mercy

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?

☐ Yes ☐ No

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

The complaint of the plaintiff, Ethan R. Sprague, respectfully shows and alleges as follows:

1.The plaintiff herein, Ethan R. Sprague, is a resident of 106 Convent Avenue, Apt. 28, New York, NY– 10027

2. Defendant #1 herein, Northern Lights Mercy, legal representative George Eaton, has a principal place of business at 43 Whiting Hill Road; Brewer, Maine; 04412

3. Defendant #2 herein, the personal caregiver who worked in partnership with Northern Lights Mercy, a one David T. Sprague, resides & conducts business at 1473 North Road; North Yarmouth, Maine; 04097

3 ½. Defendant #3 herein, The Office of The Chief Medical Examiner (specifically Sandra Slemmer), 30 Hospital Street; Augusta, Maine; 04330

4. My mother, Daphne Gallant Sprague, under the partnered care of both her 24-hour primary caregiver/employee, David T. Sprague, and Mercy/Northern Lights medical, **went from absolutely fine, working as a full time teacher for 3 decades, to dead– in a matter of less than 3 months**– from a pressure ulcer that was allowed to rapidly progress to unstageable levels by the time hospital admission took place on June 8th, 2020. She was dead less than 1 month after admission.

5. **It was discovered on July 21st, 2022**, that in order to conceal the carelessness which inarguably led to her death, **Mercy/Northern Lights Medical intentionally neglected to report the following pressure ulcer progression checkpoints, which transpired directly under their care, to both the department of health and human services and to the state, as per legal requirement, in addition to engaging in other inarguable attempts of concealment to protect their own best interests:**

**A)** **<u>When a pressure ulcer reaches stage II or beyond</u>**,

**B)** **<u>When a pressure ulcer has progressed to the stage of IV at the time of patient admission</u>** (at which point hers was completely unstageable and open down to the bone),

**C)** **<u>Intentionally concealing her 7/7/2020 death from the state</u>** through the non-reporting of it, and

D) **Falsifying her death certificate by declaring her death as natural, not accidental**, as it was; which would have triggered an investigation upon which Mercy, in partnership with the caregiver— would have been found fully responsible for her death (a fact well known to Mercy/Northern Lights Medical).

6. Upon learning of this, OCME fully acknowledged the concealment of it, and ultimately, with the financial interests of the state held as top priority only, hastily summarized her death as essentially having been due to "relations to injuries sustained from a car accident in 1970," whilst quietly updating her death certificate from natural to accidental, using language within the investigative summary to relieve the responsibilities of wrongdoing on the behalves of all parties involved & to attempt to permanently seal it so that everyone could go on with "business as usual."

7. The course of events described in the investigative summary took place under the direct care and supervision of Mercy/Northern Light Medical in partnership with a one David T. Sprague, from the very beginning, to the middle, all the way to the day of her death. In addition, the failures to report allowed what was discovered to have been abuse to continue, as on one occasion, less than one year before her death, noticeable fingerprint marks were present on her left arm, as evidenced in the photos.

8. In an attempt to bar those who wished to take legal action due to his own shared culpability in this death, David T. Sprague commit perjury of the court & fraudulently nominated himself as the personal personal representative, secretly control with no disclosure of doing so, as was legally required, with an earnest attempt to successfully accomplish this with hopes no one would discover this until after the estate had been closed

9. The statute of limitations for wrongful death restarted on July 21st, 2022, the date of the discovery of such concealment, as is customary. However, the investigative summary was unavailable until November 17th, 2022, and thus, the timeline of such should be considered, as well. The statute of limitations for actions against the discovery of fraud expires January 12, 2028, six years after the January 12th, 2022 discovery of fraud.

10. With reference to the included text messages from my mom, there begs to question what was actually taking place between the specific dates of May 4th-May 15th, 2020; and May 15th through June 9th; as we went from texting multiple times per day, to me being told she was resting, in the bathroom, or (for whatever reason) unable to talk on the phone when I would call over the next several weeks, and that she was now on bedrest for 23 hours per day except for meals and to use the bathroom. Text messages lettered A, B, C shows our normal frequency of texting, on contrast to D, E, F.

11. Text C shows her acknowledgment that her thermometer stopped working, and that David confirmed it was nonfunctional. Mine stopped working as well, because we had the same one. This was before the occurrence of the pressure ulcer. I was supposed to visit March 23rd, but stayed in New York due to the lockdown that had just gone into effect on March 21st. I learned of the ulcer shortly after this, the last weekend of March (at which point I was told it was the size of a dime).

12. The non functional thermometer turned out to be the one that all of the caregivers ended up using, even though it was known to be dysfunctional. This is of high importance, because I was told that the doctors explicitly had said that if there was fever development of any kind, she must immediately go to the hospital. There was never a "fever," because the thermometer read 96 degrees at all times.

13. I did not hear from my mom from March 18th through April 1st, at which point David texted me from her phone after having tried to call me (she never said "love you much," he would… she would just say "love you!"). When I called back, he answered, and said she had been resting. I did not hear from her for 11 days, during which time I was told she was on bedrest and working with the care team from Mercy. I received a text from her phone on April 28th, unsure now if it was actually her. On April 30th, a text from her phone stated that her wound was feeling better, but it was David I had told I gone running when I spoke to him— not her. I question if this was indeed from her.

14. When I finally spoke to her on May 15th, she was barely able to engage in a coherent conversation, and sounded akin to one who was drunk (she said she was tired, and I knew that she was not a big drinker). When I asked to speak to my dad, she said he was at Clarissa's house, which I later discovered was his long term mistress, as she ended up stalking our house in the days and weeks prior to my mother's passing (I arrived in Maine on June 18th, because I was told by the caregiver that she was only going to be in the hospital for a few days, and I shouldn't bother to rush home). My mom was admitted to Mercy Hospital on the morning of June 8th, 2020. It was not until late in the day that the caregiver bothered to inform me of this, and I had been assured that "the team at Mercy had been doing a great job, but felt it was time she be admitted to their hospital."

15. It was discovered that she was not taken to get her antibiotic IV drip, which was visible when I was able to first see her. This was part of her treatment plan, and she had told that the procedure for the antibiotic drip was to take place on or about May 17th, which she told me during our phonecall on May 15th. She was never taken to this appointment, which the care

team had told her was in lieu of hospitalization (which she had communicated to me), and this should have been considered top priority among all of the caregivers— not only David, but the entire Northern Lights Mercy care team tasked with her care.

11. Damages/Demand For Relief

A. $15,000,000.00 for the permanent mental & emotional pain and suffering for the needless loss of my mother, whose life maintains a value far surpassing any numeric value— with an additional $35,000,000 to be paid directly to the Christopher & Dana Reeve clinic for pressure ulcer education & resources for prevention of such for those who are in need. Gross damages: $50,000,000.00.

B. Criminal charges for concealing a death known to be due to their own negligence in order to avoid the consequences of such;

C. Criminal charges for all parties responsible for this death;

D. Stripping of medical credentials of all responsible parties;

E. Heavy fines IN ADDITION TO the aforementioned $50,000,000 figure;

F. Immediate dismissal of those at OCME who agreed to and engaged in facilitating the protection through false, inaccurate reports in order to protect the parties who are well known to be at fault

G. The imposition of any other relief the court finds to be just and proper.

Print: Ethan Sprague

Sign: Ethan Sprague

Date: 7/9/2025

CERTIFICATION OF VITAL RECORD

# STATE OF MAINE

Name Known to Physician (a.k.a)

Department of Health and Human Services
**Certificate of Death**

118- 2020-508107
State File Number

**Decedent**

| Field | Value |
|---|---|
| 1a. First Name | Daphne |
| 1b. Middle Name | Gallant |
| 1c. Last Name | Sprague |
| 1d. Suffix | << >> |
| 2. Date of Death | Actual date of death July 07, 2020 |
| 3. Sex | Female |
| 4. Social Security Number | 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 |
| 5a. Age (yrs) Last Birthday | 67 |
| 5b. Under 1 Year (Months / Days) | |
| 5c. Under 1 Day (Hours / Minutes) | |
| 6. Date of Birth | December 13, 1952 |
| 7. Birthplace | Waterville, Maine |
| 8. Was Decedent Ever in U.S. Armed Forces? | No |
| 9. Place of Death | Hospital-Inpatient |
| 10. Facility Name | Northern Light Mercy Hospital |
| 11. County of Death | Cumberland |
| 12. City or Town of Death | Portland |
| 13. Marital Status at Time of Death | Married |
| 14. Surviving Spouse/Partner | David T. Sprague |
| 15. Decedent's Usual Occupation | Teacher |
| 16. Kind of Business / Industry | Middle School Education |
| 17. Education | Bachelor's degree |
| 18. Ancestry | French / Norwegian |
| 19. Race | White |
| 20. Residence State | Maine |
| 21. Residence County | Cumberland |
| 22. Residence City or Town | North Yarmouth |
| 23. Residence Street and Number | 1473 North Road |
| 24a. Parent First Name | Thomas |
| 24b. Middle Name | Unknown |
| 24c. Last Name Prior to First Marriage | Gallant |
| 24d. Suffix | Unknown |
| 25a. Parent First Name | Dolores |
| 25b. Middle Name | Unknown |
| 25c. Last Name Prior to First Marriage | Strand |
| 25d. Suffix | Unknown |

**Informant**

| Field | Value |
|---|---|
| 26. Informant Name | David T. Sprague |
| 27. Mailing Address | 1473 North Road North Yarmouth, ME 04097 |

**Disposition**

| Field | Value |
|---|---|
| 28. Method of Disposition | Cremation |
| 29. Date of Disposition | July 16, 2020 |
| 30. Was Body Embalmed? | No |
| 31a. Place of Disposition | Brooklawn Memorial Park Crematory |
| 31b. Location (City or town, state) | Portland, Maine |
| 32a. Signature of Funeral Practitioner or Authorized Person | *Kevin C. Kilcline* Signature Electronically Authenticated |
| 32b. Name and Address of Facility or Authorized Person | Advantage Funeral & Cremation 999 Forest Avenue Suite 1, Portland, Maine 04103 |

**Certifier**

| Field | Value |
|---|---|
| 33a. Signature and Title of Certifier | - To the best of my knowledge, death occurred at the time, date, and place, due to the cause(s) and manner as stated. *Anish Pithadia Doctor of Medicine* Signature Electronically Authenticated |
| 33b. Date Signed | July 15, 2020 |
| 33c. Name and Address of Certifier | Anish Pithadia, 144 State Street, Portland, Maine 04101 |
| 34. Was Body Viewed After Death? | Yes |

**Cause of Death**

| Field | Value |
|---|---|
| 35. Time of Death | 1531 Actual time of death |
| 36. Manner of Death | Natural |
| 37. Medical Examiner Case Number | |

38. Part I.

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause of Death (Final disease or condition resulting in death) | a. Anoxic Encephalopathy | 1 week |
| Due to (Or as a consequence of): | b. Pulseless electrical Activity | 1 week |
| Due to (Or as a consequence of): Sequential list of other conditions, if any, leading to immediate cause. The *underlying cause* (Disease or injury which initiated events resulting in death) is entered *last*. | c. Sacral Ulcer | 2 months |
| Due to (Or as a consequence of): | d. | |

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

Atrial Fibrillation, acute renal failure, autonomic dysfunction, neurogenic bladder.

**Registrar**

| Field | Value |
|---|---|
| 39. Signature of Registrar | *Kim E. Haggan* Signature Electronically Authenticated |
| 40. Date Filed | July 16, 2020 |

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE ABSTRACT OR COPY OF A CERTIFICATE OR RECORD WHICH IS IN MY OFFICIAL CUSTODY.

TOWN OF: North Yarmouth

DATE ISSUED: July 21, 2020

ATTEST: [signature]

STATE REGISTRAR/MUNICIPAL CLERK/STATE ARCHIVIST

STATE OF MAINE 1820

DEPARTMENT OF HEALTH & HUMAN SERVICES

VS-31

This copy is not valid unless the seal and signature of the Registrar displays.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Gmail

Ethan Sprague <erspraguebestapts@gmail.com>

**Daphne Gallant Sprague**

**Slemmer, Sandra** <Sandra.Slemmer@maine.gov>
To: Ethan Sprague <erspraguebestapts@gmail.com>

Thu, Jul 21, 2:09 PM

Mr. Sprague,

My condolences for your loss. On July 20, 2022, our office was made aware of your mother's death by Maine State Police. Her death was not reported to Office of Chief Medical Examiner, and it should have been. Your mother's remote accidental injuries appear to have contributed to her death. Any death in Maine that is not from natural causes must be investigated by this office.

Our agency has taken jurisdiction of your mother's death. We will be conducting a medical record review to determine cause and manner of death. If this office is able to determine her care was suboptimal given her medical needs, that will be indicated on the report. OCME may opt to contact law enforcement to discuss findings. Our agency does not handle criminality. That is the responsibility of law enforcement.

We anticipate an update death certificate will be available by the end of next week.

Sincerely,

Taylor Slemmer

S. Taylor Slemmer, M.A., F-ABMDI

Medicolegal Death Investigator

Office of Chief Medical Examiner

37 State House Station

Augusta, ME 04333-0037

Desk: (207) 624-7186

Office: (207) 624-7185

Fax: (207) 624-7178

CONFIDENTIALITY NOTICE:

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Gmail

**Ethan Sprague <erspraguebestapts@gmail.com>**

## Request for Final Report, Daphne Gallant Sprague

**Brann, Harley** <Harley.Brann@maine.gov>
To: Ethan Sprague <erspraguebestapts@gmail.com>

Thu, Sep 1, 3:05 PM

Hi Ethan,

I have put your request in your mom's folder. We will send you the report once complete.

HARLEY BRANN

OFFICE OF CHIEF MEDICAL EXAMINER

30 HOSPITAL STREET | AUGUSTA, ME 04333

(207) 624-7178 (OFFICE FAX) | (207) 624-7181

Harley.Brann@maine.gov |

**CONFIDENTIALITY NOTICE:**

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Ethan Sprague <erspraguebestapts@gmail.com>
**Sent:** Thursday, September 1, 2022 1:40 PM
**To:** examiner, chief-medical <chief-medical.examiner@maine.gov>
**Cc:** Slemmer, Sandra <Sandra.Slemmer@maine.gov>
**Subject:** Request for Final Report, Daphne Gallant Sprague

EXTERNAL: This email originated from outside of the State of Maine Mail System. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

# Investigative Summary

## Case #: 220720-2248-P

Office of Chief Medical Examiner
State House, Station #37
30 Hospital Street
Augusta, ME 04333
(207) 624-7180

## Decedent

**Decedent:** Daphne Sprague
**Date of birth:** 12/13/1952
**Sex:** Female

**Residence:** 1473 North Road
North Yarmouth, ME 04097

## Death

**Date of death:** 07/07/2020 On
**Time of death:** Exact 15:31
**Location Death:** Hospital

**Address:** Northern Light Mercy Hospital
144 State Street
Portland, ME 04101

## Call Information

**Reported by:** Maine State Police Sgt. Chris Farley
**Investigator notified:** 2022-07-20 10:10

## Investigative Information

**Scene visit date/time:**
**ME Investigator:** Taylor Slemmer
**Investigation type:** Medical Records Review
**Exam date/time:**

**Examination performed:** None
**Date autopsy:**
**Pathologist on call:** Mark Flomenbaum, MD, PhD

| | |
|---|---|
| **Cause of death:** | Complications of paraplegia |
| **Due to:** | Cervical spine fractures |
| **Due to:** | Blunt force trauma of head |
| **Due to:** | |
| **Other conditions:** | |
| **Manner of death:** | Accident |

**Date of injury:** Unknown
**Time of injury:** Unknown
**Place of injury:** Street
**Injury description:** trauma sustained in car accident in 1970's

**Location:** Unknown

**Office review by:** Mark Flomenbaum, MD, PhD
**Title:** Chief Medical Examiner

Mark Flomenbaum
Signature

11/17/22
Date

# Report of Examination

## Case #: 220720-2248-P

Office of Chief Medical Examiner
State House, Station #37
30 Hospital Street
Augusta, ME 04333
(207) 624-7180

**Decedent:** Daphne Sprague

**ME Investigator:** Taylor Slemmer

**Pathologist on call:** Mark Flomenbaum, MD, PhD
**Position discovered:**
**Clothing:**
**Height:**
**Weight:**

**Hair color:**
**Facial hair:**
**Right eye color:**
**Left eye color:**

**Scars:**

**Tattoos:**

**Medical therapy:**

**Body condition:**
**Body temperature:**
**Rigor mortis:**

**Lividity A:**
**Lividity B:**

**Description of body:**

**Head trauma:**

**Trauma to upper and lower extremities:**

**Trauma to chest and abdomen:**

**Samples taken:**

*Covid was not yet that bad at this point — not viable excuse. They also began coming to house as opposed to her going to clinic. That is it. There was no interruption

## Investigator Narrative

Maine State Police (MSP) staff notified Office of Chief Medical Examiner (OCME) of the 2020 death of Ms. Daphne Sprague after a family member made reports of their concerns that her death involved foul play. It was determined that this death had not been reported to OCME, but a review of the death certificate showed "Sacral ulcers" as the cause of death. Medical records obtained from Northern Light Mercy Hospital (MH) noted that Ms. Sprague's medical diagnoses included paraplegia from injuries sustained from a remote car accident. OCME took jurisdiction of this death to determine if trauma contributed to it and if there were indications that Ms. Sprague's death was the result of harm from another individual or from suboptimal care.

Medical records showed that on 06/08/2020, Ms. Sprague was admitted as an inpatient to MH for the treatment of a progressing sacral ulcer, which included underlying osteomyelitis (diagnosed on 05/21/2020). Her medical history included paraplegia with complications from trauma sustained during a car accident (1970's). Ms. Sprague presented to MH at the recommendation of her visiting nurse, who was concerned about the swelling around the wound. Ms. Sprague was participating in Mercy Wound Care clinic, with some interruption in visits because of the Covid-19 clinic. Her most recent clinic visit was 06/05/2020, and care notes indicated that along with antibiotics, she likely required surgery on the wounds to encourage effective healing. On 06/11/2020, Ms. Sprague had ulcer debridement. She developed hemodynamic (hypotension) and respiratory (hypercarbia) difficulties after the procedure. She was treated, but there was consideration that these complications were secondary to longstanding paraplegia. On 06/12/2020, Ms. Sprague required intubation, and imaging showed possible partial left lung collapse. Following treatment, she was able to be extubated on 06/16/2020, but required reintubation on 06/21/2020, when the lower left lung appeared to have collapsed. This pattern repeated, dialysis was required to address kidney injury, and Ms. Sprague had a period of pulselessness. She was given a poor prognosis, and her family was updated. They determined she should transition to comfort measures in a hospital setting. On 07/07/2022, Ms. Sprague was extubated, and her death was pronounced a short while later.

Ms. Sprague was not examined but was certified based on the records per MRSA Title 22 Sec3028 sub6. The records reviewed included hospital records with discharge summary from MH (MRN: 1642955), records from the primary care office and Maine Medical Partners Adult Infectious Diseases, and email communications from Mr. Ethan Sprague.

Note: OCME was notified of this death by a family member of Ms. Daphne Sprague. That individual had concerns that her death was the result of harm from another. Medical records showed Ms. Sprague's care was appropriate given her medical needs and her own decision-making. It is important to note that while there is no indication of negligent or suboptimal care in this case, Ms. Sprague's death should have been reported to OCME when it occurred. Her death was the result of complications sustained during a remote car accident. Given this component of injury, the manner of death is Accident, not Natural, as the original death certificate (EDRS 546100) stated. Ms. Sprague's death falls within the jurisdiction of OCME, and the death certificate was been updated by this office.

absolutely not — she died

E2

* My mom had never even seen what the ulcer looked like, & didn't know it had reached the bone until doctor told her. David did not, and she confirmed that with me.

## Contributory Factor:

While not the direct cause of death in every case, pressure ulcers are believed to be a contributing factor in more than 7% of deaths among individuals with SCI, according to a study published by the National Institutes of Health (NIH). • Exceedingly rare — •

## Preventability:

Pressure ulcers are largely preventable with proper care and management, including regular skin inspections, weight shifting, and maintaining good hygiene.

"Medical records showed Ms. Sprague's care was appropriate given her medical needs and her own decision making."

Please note the fact that she DIED proves this statement to be impossible in every sense of the word —

* *

Proof of intent to conceal (pg. 2)

# Body of lawyer email

me Jan 12
to johnphilipnyc

Body of email my friend's mom sent

---------- Forwarded message ---------
From: **Linda Russell** <linda@oxfordhillslaw.com>
Date: Wed, Jan 12, 2022 at 8:58 AM
Subject: RE: Ethan, here! Sean's old friend!
To: Ethan Sprague <erspraguebestapts@gmail.com>

Dear Ethan,

I am so sad to hear of your mother's passing, and her last few months. She was such a loving person. I appreciated how kind she was to Sean.

I am so sorry for your loss…and also the disintegration of your relationship with David, and your health. Sounds awful.

I cannot help you for many reasons, chief among them are lack of expertise, time and semi-retirement. You need a lawyer in Cumberland County that is a litigator, with knowledge of real estate, probate law and medical malpractice.

Here are some I can think of. When you contact them, do not go into all the detail, just tell them you have a dispute with a relative over what might be a million-dollar piece of real estate, and other assets, stemming from the death of your mother. Schedule a consult.

Check them out first, including reading their lawyer profiles.

Vogel and Dubois https://www.maine-elderlaw.com/

Lambert Coffin https://www.lambertcoffin.com/contact

Norman Hanson and DeTroy https://www.nhdlaw.com/

There is also a lawyer referral service: (800) 860-1460

I am unsure of your financial situation, so you may want to check out this site, and see if any of the resources help, especially given your health status: Equality Maine. https://equalitymaine.org/resources/legal

Also, things to think about. If a probate matter is filed without a will, and in your case, if you are the descendant of both your parents (I assume they both adopted you), then the first $100,000 goes to the spouse (and some allowances) and ½ of the rest of the estate is divided between the spouse and child. If the real estate is worth what you say, I am not sure how it could be deeded just to your dad unless there was some kind of an agreement with you. Also, your dad closed the Estate in May 2021. If no claim is pending in the court one year after this filing, his appointment terminates, which forecloses most claims (18-C section 3-1003(2)). No inventory was filed, you may want to request one. I have attached the rules about injunctions and temporary restraining orders.

Good luck.

Linda

8:49 PM Mon Jun 23 49%

maineprobate.net

Car 867 Riversid 36 CONVEN. eCustomer S.. robinhood.c.. MaineProbat...

MAINE PROBATE

Not Logged In.

Retrieve My Documents

View Cart

**Select County:** Cumberland

Include Surrounding Counties?

**Case #** 2020-1485 **OR**

**Last or Business Name** **First** **Middle**

Do Search

Clear Search

Estate Conservator/Guardian Change/Other Name

All Parties Case Name

**(Search criteria can be case# or any combination of last name, first name, or middle name. You may also use a % sign in front of the search criteria for a wildcard search.)**

**Case Information for Cumberland county.**

Click the gray + to expand the grid and view the details.

| Case Number | Case Name | Party | Type of Case | Filing Date | County | Appointment Date | Creditor Claim Due | Case Status |
|---|---|---|---|---|---|---|---|---|
| 2020-1485 | SPRAGUE, DAPHNE GALLANT | | INFORMAL INTESTATE | 11/13/2020 | Cumberland | | | OP |

**Parties:**

| First Name | Last Name | Middle Name | Suffix | Address 1 | Address 2 | City | State | Zip | Phone | Work Phone | Email | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVID | SPRAGUE | | | 1473 NORTH ROAD | | NORTH YARMOUTH | ME | 04097 | (207)233-7452 | | | HR |
| ETHAN | SPRAGUE | | | 106 CONVENT AVENUE | APT. #28 | NEW YORK | NY | 10073 | | | | HR |
| DAVID | SPRAGUE | | | 1473 NORTH RD. | | NORTH YARMOUTH | ME | 04097 | | | | PET |
| DAVID | SPRAGUE | | | 1473 NORTH RD. | | NORTH YARMOUTH | ME | 04097 | | | | PR |
| | BANK OF AMERICA N.A. | | | P.O. BOX 982238 | | EL PASO | TX | 79998 | | | | C |
| MARYELLEN | SULLIVAN | | ESQ | 10 MOULTON STREET | 4TH FLOOR | PORTLAND | ME | 04101 | (207)210-6559 | | | AT |

**Docket:**

| Document | Activity | Description |
|---|---|---|
| View Image | 11/13/2020 | DE-101(I) APPLICATION FOR INFORMAL APPOINTMENT OF PERSONAL REPRESENTATIVE |
| Not Available | 11/13/2020 | SIGNED CERTIFICATE |
| View | 11/13/2020 | SIGNED ACCEPTANCE |

8:50 PM Mon Jun 23 48%

maineprobate.net

| Document | Activity | Description |
|---|---|---|
| View Image | 11/13/2020 | DE-101(I) APPLICATION FOR INFORMAL APPOINTMENT OF PERSONAL REPRESENTATIVE |
| Not Available | 11/13/2020 | SIGNED CERTIFICATE |
| View Image | 11/13/2020 | SIGNED ACCEPTANCE |
| Not Available | 11/13/2020 | DEATH CERTIFICATE |
| View Image | 11/19/2020 | DE-102(I) FINDINGS OF THE REGISTER AND APPOINTMENT |
| View Image | 11/19/2020 | N-114 APPOINTMENT OF PERSONAL REPRESENTATIVE - NOT PRINTED FOR PHYSICAL FILE |
| View Image | 11/19/2020 | DE-404 LETTERS OF AUTHORITY |
| Not Available | 11/19/2020 | PR APPOINTMENT DATE |
| Not Available | 12/02/2020 | NOTICE TO CREDITORS |
| View Image | 12/14/2020 | DE-503 CLAIMS AGAINST ESTATE-BANK OF AMERICA N.A. IN THE AMOUNT OF $3,127.13. COPY SENT TO ATTORNEY ON 12/15/2020. |
| View Image | 12/03/2020 | N-121 CERTIFICATE AND ABSTRACT |
| View Image | 05/27/2021 | SATISFACTION/RELEASE OF CLAIM-BANK OF AMERICA, N.A |
| View Image | 05/27/2021 | DE-602 SWORN STATEMENT OF PERSONAL REPRESENTATIVE CLOSING ESTATE |
| Not Available | 05/27/2022 | PROJECTED CLOSING DATE |
| View Image | 03/24/2022 | DE-503 CLAIMS AGAINST ESTATE |
| View Image | 03/24/2022 | DE-601 PETITION FOR ORDER OF COMPLETE SETTLEMENT OR SPECIAL FINDINGS |
| View Image | 03/24/2022 | DE-509 PETITION FOR REMOVAL OF PERSONAL REPRESENTATIVE |
| Not Available | 03/24/2022 | DE-405 INVENTORY |
| Not Available | 03/24/2022 | DE-401(A) CERTIFICATE OF VALUE |
| View Image | 03/24/2022 | REQUEST FOR MOTION TO APPEAR REMOTELY |
| View Image | 03/24/2022 | "DEATH INVESTIGATION" |
| View Image | 04/10/2022 | DISALLOWANCE OF CLAIM |
| View Image | 04/10/2022 | RESPONSE TO REMOVAL |
| View Image | 04/10/2022 | RESPONSE TO PETITION FOR COMPLETE SETTLEMENT |
| View Image | 04/14/2022 | DE-101 PETITION FOR FORMAL ADJUDICATION OF INTESTACY AND/OR APPOINTMENT OF PERSONAL REPRESENTATIVE |
| View Image | 04/14/2022 | DE-104 ACCEPTANCE OF APPOINTMENT OF PERSONAL REPRESENTATIVE |
| View Image | 04/14/2022 | DE-509 PETITION FOR REMOVAL OF PERSONAL REPRESENTATIVE- AMENDED |
| View Image | 06/01/2022 | HEARING |
| View | | |

Personal representative actively concealed until discovery of concealment on 1/12/2022

A.

New iMessage

Cancel

To: Mom

Mar 17, 2020 at 6:41 PM

NYC mayor will probably require New Yorkers to shelter in place. Deciding in next 48 hrs. The new China cases are not renewed cases, but new ones caught from people entering country. Trump taking credit for "being first to call this a Pandemic "! Sick!

Ugh

The joys we have ahead....

Love you! We will talk tomorrow! 💖

Love u 2! Sounds good 👌

B.

**New iMessage** Cancel

To: Mom

Covid-19.

Great news!

Mar 18, 2020 at 9:21 AM

Just saw NYC mayor on Today Show say he is on verge of requiring people in NYC to shelter in place. Means you can't get to store. Plan ahead!

Mar 18, 2020 at 11:25 AM

Update on Amazon. Tuna pkg arriving today. Others today or tomorrow.

Mar 18, 2020 at 12:31PM

42 cases now here.

Eek 😬

New iMessage Cancel

To: Mom

antibodies you have had CV

Well yeah, that's usually what it means when someone has antibodies for something 😂

Your thermometer needs new battery .

It's the solar one tho

And it's has been in the sun all day

Isn't the point of having a solar powered whatever to alleviate batteries? That's a dumb invention

Ours went south too. Said Dads was 96

D.

**New iMessage** Cancel

To: Mom

Dad says solar thermometers aren't worth a F.

Ah

Yeah I don't think this one ever worked correctly tbh

Apr 1, 2020 at 5:42 PM

Running will call later 👍

Just checking in! Love you much!

* David texting from Daphne's phone *

Apr 2, 2020 at 7:28 PM

esting positive: 38,936

Total count of COVID-19 cases based on patient address by zip code



E.

**New iMessage** Cancel

To: Mom

May 4, 2020 at 5:32 PM

Looks like Greta was confirmed to have had Covid; I spoke to Claudio today. He's waiting for the results of his antibody test to see if had an asymptomatic case of it

Did Greta have when she came home?

Well he hasn't seen her since she was here so I'm assuming yeah

Oh! Ok!

May 15, 2020 at 6:23 PM

Hi honey, I will call you tomorrow to catch up Love you!

Actual text from my mom (Not David using her phone)

F.

**New iMessage** Cancel

To: Mom

May 15, 2020 at 6:23 PM

Hi honey, I will call you tomorrow to catch up. Love you!

Hey! Was going to give a ring around 7 bc I assumed you'd still be up. I just got home so can talk now for a bit or of tomorrow is better that works too

Now is ok.

→ Admitted to hospital 1 day prior — ↕ Death July 7, 2020, 3:31 pm.

Jun 9, 2020 at 3:58 PM

Thinking of you every moment! Haven't texted bc I know you can't respond or call but hopefully you can at least read it! So very sad you have to go through this...I know this was/is

+

G.

New iMessage Cancel

To: Mom

well but I/ we also know what the life-threatening risks could be. Do you understand?

Talk to kidney doctor today that's the main problem right now. He said my numbers were holding pretty steady which is a good thing. They want to keep me to observe the kidney numbers and hopefully they'll start to go down. If they continue to improve, he said I could be home by Tuesday! Pray!! Pray!!

P. S. In a couple of hours I am moving out of I c u and back to the main hospital ward. Yay!

I know about the kidney issues mom I talk to

* People tried to tell me that urine had ceased for several days in May, and claimed that it was from a neurogenic bladder. I believe she sustained kidney damage due to not recieving the antibiotic drip, as was supposed to happen (May 17

* Letter to whom I found out was my mom's real doctor (Primary care Physician), Daniel Pierce of Intermed *

Ethan Sprague
106 Convent Avenue, Apt. 28
New York, NY— 10027
C: (917)-890-2252

* The following 3 pages consist of the call log, and my text to law enforcement; who have not taken any of this seriously. Have been reporting this for 4 years.

July 7, 2025

Dr. Daniel Pierce:

You are not yet part of this lawsuit, but you need to know EXACTLY what has been going on over the past 5 years because I'm just now taking legal action. Please read through this lawsuit.

Within hours of my mom's death, David confessed to all of these horrid things to me— such as the fact that the ulcer was open down to the BONE by the time he FINALLY admitted her to the hospital, he had continued bathing her even though the doctors had explicitly told him that the wound could not get wet under any circumstances, urine had stopped for a matter of 3 days at the beginning of May yet he chose to do absolutely nothing about it (except wait for a month), and when he was finally concerned about her DYING at our house, he took her to the hospital on June 8th, 2020. When he first told me all of this, I thought he had completely lost his mind— hence, why I stayed in Maine for 5 ½ months after her July 7, 2020 death to figure out what exactly was going on. None of his stories were adding up to me, and he was acting in completely bizarre ways that I had never seen before (which is why I faxed you a 25 page list of concerns).

David was peddling [what turned out to be a complete fable] that Jody Jacobs was my mom's doctor at Intermed, trying to pass the blame off on her for not making sure my mom received her antibiotic drip which was IN LIEU OF hospitalization, whilst nonchalantly stating that "your mother absolutely refuses to see a male doctor, always has." I thought it weird that he said that, because it had no relevance at the time, and it made sense.

But as it turns out, it WAS relevant, because THAT lie was completely blown up when I called Intermed in an attempt to reach Jody in order to leave her a message informing her that I would be needing my mother's medical records, as I had just filed a $50,000,000 in the Manhattan Supreme Court against EVERYONE tasked with the care of my mom (not Jody, because I assumed it was her as my mom's doctor who my father was lying to) and for covering up what was clearly a completely

unnecessary death in every sense of the word. According to the National Spinal Cord association, my mother should have lived an additional 13.5-15.0 years based on her flawless health history and the fact that her mother (my grandmother) and her grandmother (my great grandmother) lived to be 99 and 104 respectively; while her father (my grandfather) passed at 93.

I had a nice long chat with the receptionist at Intermed, and discovered that YOU were the treating doctor this ENTIRE TIME and the lady I spoke to found no record of my mother EVER having seen Jody Jacobs, in addition to the fact that she couldn't even find a record of Jody Jacobs to begin with (perhaps she wasn't searching correctly, I have no idea— just quoting her).

I will be needing the immediate release of my mother's medical records; please send one copy to my personal residence, and one copy to my boss's/attorney's law office. I will not consider you culpable, with cooperation, but I will say that it now seems like you have been covering for David.

My mother SHOULD NOT BE DEAD. She is dead because David was off planning the rest of HIS life with his longtime mistress, who my mom told me about IN DETAIL back in 2015, a one Clarissa Brown. He never wanted my mom to come home from the hospital, and in fact, he wanted to put her in a nursing home. NURSING HOME. Every doctor at Mercy can attest to the fact that he was continually stating that "under no circumstances could he handle her return to the house." So as far as I'm concerned, this entire situation is gruesome but abundantly clear and obvious. His mistress was also stalking our house in the days and weeks leading up to my mom's death and it got so bad that I almost called law enforcement to keep her away.

You need to do what's right and uphold the oath you took when you decided to become a doctor, or I will most certainly add you to this as one who is [in part] responsible along with everyone else. .

Regards,

Ethan Sprague

Send one (1) copy to each address:

1. The Law Offices of John V.N. Philip, Attn: Ethan Sprague;
260 West 91st Street;, New York, NY, 10024

2. Ethan Sprague; 106 Convent Ave., Apt 28; New York, NY, 10027

Verizon 12:59 PM 82%

Edit

I

# Intermed (Yarmouth)

message call video mail

July 5, 2025 (Saturday)

12:33 PM **Outgoing Call**
15 minutes

→ Spoke to Liz

12:33 PM **Outgoing Call**
13 seconds

I Contact Photo & Poster

mobile
(207) 846-9013

Notes

Favorites Recents Contacts Keypad Voicemail

Verizon 8:04 AM 28%

+1 (207) 595-7540

iMessage
Saturday 1:13 PM

- Text to law enforcement officer. This was most likely pointless, as they have not taken any of my reports seriously; but I do plan to continue a paper/text trail.

- He has not responded.

Farley— Ethan in New York City — I JUST found out through Intermed in Yarmouth that my dad David Sprague had been lying to me about who my mother Daphne Sprague's doctor was THIS ENTIRE TIME— and Intermed JUST CONFIRMED IT. Recorded phonecall. My dad had been blaming Jody Jacob's at Intermed, a doctor who theres not even a RECORD of, and it turns out Dr. Pierce was my mom's doctor THIS ENTIRE TIME. I had approached doctor Pierce about my dad acting bizarrely not long after my mother's death, but I (of course) never heard back from him because my dad was feeding him the story of "how I was out to get him" the entire

iMessage

Verizon 8:05 AM 28%

+1 (207) 595-7540

was out to get him" the entire TIME. Pierce is liable as far as I'm concerned, and he'll be added to the lawsuit (of course) come Monday, but this is an inarguable example of an intent to deceive and conceal with relationship to my mother's pressure ulcer. I spoke to Liz at Intermed at 12:33 for 15 minutes and she told me EVERYTHING.

Delivered

* I said that I would add Dr. Pierce to this lawsuit for the concealment but did so in a fit of rage. I maintain no plans to add him at this juncture, provided cooperation takes place; as I had no plans to add Jody when I was of the belief she was my mom's P.C.P. It's clear caregiver was keeping at arm's length during the 2 1/2 months when my mom went from fine, to dead *

iMessage









Photo taken
7/3/2019.

Dead 1 yr,
+ 4 days later.

